# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM WHITAKER,** | ) |
| Plaintiff, | ) 2:06-cv-0610 |
| v. | ) |
| **HOLY FAMILY SOCIAL SERVICES,** | ) |
| Defendant. | ) |

## JUDGMENT

AND NOW, this 27th day of February, 2008, it is hereby **ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Defendant, Holy Family Social Services, and against Plaintiff, William Whitaker.

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

cc: All Counsel of Record